CT Corporation

**Service of Process Transmittal**
03/02/2022
CT Log Number 541145252

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** **Process Served in Kentucky**

**FOR:** Kentucky CVS Pharmacy, L.L.C.  (Domestic State: KY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Tara Halbert // To: Kentucky CVS Pharmacy, L.L.C. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 22CI00490 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/02/2022 postmarked on 02/28/2022 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/02/2022, Expected Purge Date: 03/07/2022<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# EXHIBIT A

CERTIFIED MAIL®

9414 7266 9904 2969 2798 29
**RETURN RECEIPT REQUESTED**

Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room C-103
Lexington, KY 40507-1152

CT CORPORATION SYSTEM
306 W MAIN STREET SUITE 512
FRANKFORT, KY 40601



US POSTAGE AND PITNEY BOWES

ZIP 41011
02 4W
0000371286 FEB 28 2022
$ 008.16°

| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **22-CI-00490**<br>Court:   **CIRCUIT**<br>County: **FAYETTE** |

*Plaintiff,* **HALBERT, TARA VS. CVS PHARMACY, INC. ET AL,** *Defendant*

TO: **CT CORPORATION SYSTEM**
   **306 W MAIN STREET SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is KENTUCKY CVS PHARMACY, LLC

The Commonwealth of Kentucky to Defendant:
**KENTUCKY CVS PHARMACY, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Vincent Riggs*

Fayette Circuit Clerk
Date: **2/24/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____ .

   _____
      Served By

   _____
      Title

Summons ID: 434701929193614@00001047049
CIRCUIT: 22-CI-00490 Certified Mail
HALBERT, TARA VS. CVS PHARMACY, INC. ET AL



Page 1 of 1



*Package:000002 of 000007*

*Presiding Judge: HON. THOMAS L. TRAVIS (622370)*

*Package : 000002 of 000007*

*Electronically filed*

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION _____
CASE NO. _____


TARA HALBERT                                                         PLAINTIFF


vs.                          **COMPLAINT & JURY DEMAND**


CVS PHARMACY, INC.
Serve: CT Corporation System
          306 W Main Street
          Suite 512
          Frankfort, KY 40601
          *VIA Certified Mail*


KENTUCKY CVS PHARMACY, LLC                                          DEFENDANTS

Serve: CT Corporation System
          306 W Main Street
          Suite 512
          Frankfort, KY 40601
          *VIA Certified Mail*


* * * * *


COMES NOW the Plaintiff, Tara Halbert, by counsel, and for her complaint against the

Defendants CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, LLC, states and alleges as

follows:

**JURISDICTION AND VENUE**

1.      The Plaintiff, Tara Halbert, at all times relevant hereto, is a resident of Lexington,

Fayette County, Kentucky.

Package:000003 of 000007          Presiding Judge: HON. THOMAS L. TRAVIS (622370)          Package : 000003 of 000007

2.     The Defendant, CVS Pharmacy, Inc., to the best of Plaintiff's knowledge and belief, is a pharmaceutical corporation with retail store locations throughout the United States. It is registered to do business in the state of Kentucky, whose service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3.     The Defendant, Kentucky CVS Pharmacy, LLC is a Kentucky limited liability company operating pharmaceutical retail stores in Kentucky, whose service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

4.     Venue is proper in Fayette Circuit Court because Plaintiff's claims against CVS Pharmacy Inc., and Kentucky CVS Pharmacy, LLC ("CVS Defendants") arise out of a fall which occurred on or about March 10, 2021, on premises owned, controlled, and/or maintained by CVS Defendants located at 2000 Harrodsburg Road, Lexington, Kentucky 40503.

5.     Plaintiff's claims against CVS Pharmacy Inc., and Kentucky CVS Pharmacy, LLC are in excess of the minimal jurisdictional requirements of the Fayette Circuit Court.

## FACTUAL BACKGROUND

6.     On or about March 10, 2021, Plaintiff was an invitee of CVS Defendants where she was picking up prescriptions.

7.     As Plaintiff was exiting the store, she tripped over a misplaced, broken, in disrepair concrete barrier in the parking lot.

8.     As a result of the above referenced fall, Plaintiff, Tara Halbert, fell to the ground where she landed on her face. She sustained injuries to her front teeth, as well as a concussion.

## CAUSE OF ACTION

9.     CVS Defendants at all relevant times hereto owned, controlled, and/or maintained said premises.

Package:000004 of 000007

Presiding Judge: HON. THOMAS L. TRAVIS (622370)

Package : 000004 of 000007

10.     CVS Defendants were responsible for the maintenance, inspection, and upkeep of the premises.

11.     CVS Defendants through their employees and/or agents, were responsible for the maintenance, inspection, and upkeep of the premises.

12.     Tara Halbert's fall was caused by a dangerous, defective, and unsafe condition on CVS Defendants' premises, which was caused by CVS Defendants, which was known to CVS Defendants, or should have been known in the exercise of ordinary care, by and through its employees and/or agents.

13.     CVS Defendants through their employees and/or agents, posted no warning of any kind to advise Tara Halbert and others of the hazards in the area described above even though CVS Defendants knew or should have known that the area where Tara Halbert fell was a defective, dangerous, and unsafe condition.

14.     As a result of the negligence of Kentucky CVS Pharmacy, LLC and CVS Pharmacy Inc., as described above, Tara Halbert suffered and continues to suffer damages flowing from her bodily injuries, including past and future medical expenses; past and future physical and mental pain and suffering; past and future lost wages, permanent physical impairment; impairment of her ability to labor and earn money; and loss of enjoyment of life, all in excess of this Court's minimum jurisdictional limits.

**WHEREFORE**, Plaintiff, Tara Halbert, respectfully demands judgement against the Defendants CVS Pharmacy Inc., and Kentucky CVS Pharmacy, LLC as follows:

1.     For compensatory damages in the amount deemed fair, just and reasonable by the trier of facts, including but not limited to:

   a.     Past and future medical expenses;

    b.     Past and future mental and physical pain and suffering;

    c.     Past and future lost wages;

    d.     Permanent physical impairment;

    e.     Permanent impairment of his ability to labor earn money; and

    f.     Loss of enjoyment of life.

2.    Plaintiff's costs herein expended;

3.    A TRIAL BY JURY on all issues so triable; and

4.    Any and all other relief to which Plaintiff may appear to be entitled, including a reasonable attorney's fee.

                Respectfully submitted,

                */s/ Christopher W. Goode*
                Christopher W. Goode #88425
                GOODE LAW OFFICE, PLLC
                389 Elaine Drive
                Lexington, Kentucky 40504
                cgoode@goodelawyers.com
                859.363.6688
                *Counsel for Plaintiff*

Package:000006 of 000007

Presiding Judge: HON. THOMAS L. TRAVIS (622370)

Package : 000006 of 000007

Filed          22-CI-00490      02/24/2022      Vincent Riggs, Fayette Circuit Clerk

| AOC-104          Doc. Code: CCCS | | Case No.: _____ |
| Rev. 9-21 | | Court: _Civil_____ |
| Page 1 of 1 | | County: Fayette ▾ |
| Commonwealth of Kentucky | | Division: _____ |
| Court of Justice    www.kycourts.gov | **CIVIL CASE COVER SHEET** | |

**PLAINTIFF/PETITIONER** *OR* **IN RE/IN THE INTEREST OF:**
Tara Halbert

**DEFENDANT/RESPONDENT**, *if applicable:*
CVS PHARMACY, INC. and KENTUCKY CVS PHARMACY, LLC

☐    Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

> **Nature of the Case:**    Place a "X" to the left of the *ONE* case category that most accurately describes your *PRIMARY CASE*.  If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT (Injury)**
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
_____
☑ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC)
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH) _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

Filed          22-CI-00490      02/24/2022      Vincent Riggs, Fayette Circuit Clerk



Fayette County

Vincent Riggs

Circuit Court Clerk

**Receipt Number: 27-0065453-A**

DATE: 02/24/2022

TIME: 03:38 PM EST

\*\*\* (Z) OTHER TYPE RECEIPT \*\*\*

**CASE NO: 22-CI-00490**

RECEIVED FROM: CHRISTOPHER W GOODE

ACCOUNT OF: HALBERT, TARA VS. CVS PHARMACY, INC. ET AL

PARTY NAME: CHRISTOPHER W  GOODE

| | | |
|---|---|---|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Library Fee (L) | $1.00 |
| 5. | Court Facilities Fee ([) | $25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 7. | Postage MCFO(K(H)) | $27.06 |
| 8. | Copy - Photocopy CS(W(F)) | $1.40 |
| | TOTAL: | $249.46 |

| | |
|---|---|
| CREDIT CARD: | $249.46 |
| \*\*\*DIFF: | $0.00 |

\*\*\* Credit Card Invoice #: 139425188

4347019

---

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 2/25/2022   7:04:35AM

Prepared By: Web_Payment

Pay Online Visit:

www.kycourts.gov    and click on Pay Fine/Fee.

Reprint

*Electronically filed*

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION VIII
CASE NO. 22-CI-00490

TARA HALBERT                                                              PLAINTIFF

vs.                          **AMENDED COMPLAINT & JURY DEMAND**

CVS PHARMACY, INC.

Serve: CT Corporation System
       306 W Main Street
       Suite 512
       Frankfort, KY 40601
       *VIA Certified Mail*

CVS 6940 KY, LLC

Serve: C T CORPORATION SYSTEM
       306 W. Main Street
       Suite 512
       Frankfort, KY 40601

KENTUCKY CVS PHARMACY, LLC                                    DEFENDANTS

Serve:  CT Corporation System
        306 W Main Street
        Suite 512
        Frankfort, KY 40601
        *VIA Certified Mail*

* * * * *

COMES NOW the Plaintiff, Tara Halbert, by counsel, and for her Amended Complaint against the Defendants CVS Pharmacy, Inc., CVS 6940 KY, LLC, and Kentucky CVS Pharmacy, LLC, states and alleges as follows:

## JURISDICTION AND VENUE

1.     The Plaintiff, Tara Halbert, at all times relevant hereto, is a resident of Lexington, Fayette County, Kentucky.

2.     The Defendant, CVS Pharmacy, Inc., to the best of Plaintiff's knowledge and belief, is a pharmaceutical corporation with retail store locations throughout the United States. It is registered to do business in the state of Kentucky, whose service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

3.     The Defendant, CVS 6940 KY, LLC, to the best of Plaintiff's knowledge and belief, is Kentucky limited liability company operating and owning pharmaceutical retail stores in Kentucky, whose service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

4.     The Defendant, Kentucky CVS Pharmacy, LLC is a Kentucky limited liability company operating pharmaceutical retail stores in Kentucky, whose service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

5.     Venue is proper in Fayette Circuit Court because Plaintiff's claims against CVS Pharmacy Inc., CVS 6940 KY, LLC, and Kentucky CVS Pharmacy, LLC ("CVS Defendants") arise out of a fall which occurred on or about March 10, 2021, on premises owned, controlled, and/or maintained by CVS Defendants located at 2000 Harrodsburg Road, Lexington, Kentucky 40503.

6.      Plaintiff's claims against CVS Pharmacy Inc., CVS 6940 KY, LLC, and Kentucky CVS Pharmacy, LLC are in excess of the minimal jurisdictional requirements of the Fayette Circuit Court.

## FACTUAL BACKGROUND

7.      On or about March 10, 2021, Plaintiff was an invitee of CVS Defendants where she was picking up prescriptions.

8.      As Plaintiff was exiting the store, she tripped over a misplaced, broken, in disrepair concrete barrier in the parking lot.

9.      As a result of the above referenced fall, Plaintiff, Tara Halbert, fell to the ground where she landed on her face. She sustained injuries to her front teeth, as well as a concussion.

## CAUSE OF ACTION

10.      CVS Defendants at all relevant times hereto owned, controlled, and/or maintained said premises.

11.      CVS Defendants were responsible for the maintenance, inspection, and upkeep of the premises.

12.      CVS Defendants through their employees and/or agents, were responsible for the maintenance, inspection, and upkeep of the premises.

13.      Tara Halbert's fall was caused by a dangerous, defective, and unsafe condition on CVS Defendants' premises, which was caused by CVS Defendants, which was known to CVS Defendants, or should have been known in the exercise of ordinary care, by and through its employees and/or agents.

14.      CVS Defendants through their employees and/or agents, posted no warning of any kind to advise Tara Halbert and others of the hazards in the area described above even though

3

B3355234-4207-41FC-89E0-98CFC810B2D : 000003 of 000005

AMC : 000003 of 000005

CVS Defendants knew or should have known that the area where Tara Halbert fell was a defective, dangerous, and unsafe condition.

15.     As a result of the negligence of Kentucky CVS Pharmacy, LLC, CVS 6940 KY, LLC, and CVS Pharmacy Inc., as described above, Tara Halbert suffered and continues to suffer damages flowing from her bodily injuries, including past and future medical expenses; past and future physical and mental pain and suffering; past and future lost wages, permanent physical impairment; impairment of her ability to labor and earn money; and loss of enjoyment of life, all in excess of this Court's minimum jurisdictional limits.

**WHEREFORE**, Plaintiff, Tara Halbert, respectfully demands judgement against the Defendants CVS Pharmacy Inc., CVS 6940 KY, LLC, and Kentucky CVS Pharmacy, LLC as follows:

1.     For compensatory damages in the amount deemed fair, just and reasonable by the trier of facts, including but not limited to:

     a.     Past and future medical expenses;

     b.     Past and future mental and physical pain and suffering;

     c.     Past and future lost wages;

     d.     Permanent physical impairment;

     e.     Permanent impairment of his ability to labor earn money; and

     f.     Loss of enjoyment of life.

2.     Plaintiff's costs herein expended;

3.     A TRIAL BY JURY on all issues so triable; and

4.     Any and all other relief to which Plaintiff may appear to be entitled, including a reasonable attorney's fee.

Respectfully submitted,

*/s/ Christopher W. Goode*
Christopher W. Goode #88425
GOODE LAW OFFICE, PLLC
389 Elaine Drive
Lexington, Kentucky 40504
cgoode@goodelawyers.com
859.363.6688
*Counsel for Plaintiff*

NO. 22-CI-00490

FAYETTE CIRCUIT COURT
DIVISON EIGHT (8)
JUDGE THOMAS L. TRAVIS

TARA HALBERT

PLAINTIFF

v.

CVS PHARMACY, INC.,
CVS 6940 KY, LLC, AND
KENTUCKY CVS PHARMACY, LLC

DEFENDANTS

---

**ANSWER OF DEFENDANTS CVS PHARMACY, INC; CVS 6940 KY, LLC; AND
KENTUCKY CVS PHARMACY, LLC TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendant, Kentucky CVS Pharmacy, LLC (incorrectly sued herein as CVS Pharmacy, Inc. and CVS 6940 Ky, LLC.; ('Defendant')[1], for its answer to the Amended Complaint of Plaintiff, Christy Elliott, state as follows:

## FIRST DEFENSE

The Amended Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should be dismissed. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

## SECOND DEFENSE

As to the numbered paragraphs in the Amended Complaint:

## JURISDICTION AND VENUE

1.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

---

[1] CVS Pharmacy, Inc. or CVS 6940 Ky, LLC are not proper and/or necessary parties to this action.

2.      Defendant denies the allegations as stated in Paragraph 2 of the Amended Complaint as stated and affirmatively states that CVS Pharmacy, Inc. is not a proper and/or necessary party to this action.

3.      Defendant denies the allegations as stated in Paragraph 2 of the Amended Complaint as stated and affirmatively states that CVS 6940 Ky, LLC is not a proper and/or necessary party to this action.

4.      Defendant admits the allegations in Paragraph 4 of the Amended Complaint.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

5.      The allegations in Paragraph 5 of the Amended Complaint call for a legal conclusion to which no responsive pleading is required.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.  Defendant further denies to the extent Paragraph 5 alleges or infers wrongdoing on the part of Defendant.

6.      The allegations in Paragraph 6 of the Amended Complaint call for a legal conclusion to which no responsive pleading is required.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.  Defendant further denies to the extent Paragraph 6 alleges or infers wrongdoing on the part of Defendant.

## FACTUAL BACKGROUND

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Amended Complaint.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

8.      Defendant denies the allegations in Paragraph 8 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

9.      Defendant denies the allegations in Paragraph 9 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

**CAUSE OF ACTION**

10.     Defendant denies the allegations as stated in Paragraph 10 of the Amended Complaint.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

11.     Defendant denies the allegations as stated in Paragraph 11 of the Amended Complaint.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

12.     Defendant denies the allegations as stated in Paragraph 12 of the Amended Complaint.  The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

13.     Defendant denies the allegations in Paragraph 13 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

14.     Defendant denies the allegations in Paragraph 14 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

15.     Defendant denies the allegations in Paragraph 15 of the Amended Complaint. The CVS Pharmacy, Inc. and CVS 6940 Ky, LLC Defendants deny that they are proper parties.

16.     Any averment or allegation not previously addressed is hereby denied.

**AFFIRMATIVE DEFENSES**

**THIRD DEFENSE**

The injuries and damages alleged in the Amended Complaint, if any, were caused by the acts, omissions and/or active primary negligence and/or intentional conduct and/or the intervening and superseding negligence and/or intentional conduct of persons or entities other than this Defendant and such negligence or intentional acts by such persons or entities precludes any

liability of this Defendant or requires apportionment of fault attributable to persons or entities other than this Defendant.

## FOURTH DEFENSE

The injuries and damages alleged in the Amended Complaint, if any occurred, were caused, in whole or in part, by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or persons or entities other than this Defendant for which this Defendant has no liability or responsibility and which were the proximate cause and/or a substantial factor in causing said injuries and damages, if any, and Plaintiff's claims against this Defendant are, therefore, barred or should be reduced in proportion to the fault attributable to persons other than this Defendant.  Further, Defendant specifically reserves the right to seek apportionment, contribution and/or indemnity as appropriate.

## FIFTH DEFENSE

The injuries and damages alleged in the Amended Complaint, if any are found, were caused, in whole or in part, by Plaintiff's contributory and/or comparative negligence by reason of her failure to use the degree of case which would have been used by an ordinary, reasonable and prudent person under the same or similar circumstances.  Any damages to which the Plaintiff may be found to be entitles are barred and should be reduced in proportion to the amount of fault attributable to the Plaintiff.  The negligence of the Plaintiff proximately caused, contributed to, and was a substantial factor in causing the injuries and damages, if any, alleged in the Amended Complaint.

## SIXTH DEFENSE

Defendant's conduct was not the proximate cause or a substantial factor in causing any of the injuries or damage, if any occurred, alleged by the Plaintiff.

**SEVENTH DEFENSE**

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of the Plaintiff or on account of events or injuries or damages alleged in the Amended Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Amended Complaint is barred. Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

**EIGHTH DEFENSE**

Plaintiff has failed to plead special damages, if any, with specificity as required by Rule 9.6 of the Kentucky Rules of Civil Procedure and any claims for special damages therefore barred.

**NINTH DEFENSE**

Pending discovery, this Defendant reserve the right to contend that Plaintiff did not properly mitigate her damages, if any.

**TENTH DEFENSE**

The alleged condition about which Plaintiff complains was open and obvious to Plaintiff.

**ELEVENTH DEFENSE**

The alleged condition about which Plaintiff complains, was not present for a sufficient period of time or under circumstances sufficient for this Defendant to discover and warn or remedy it.

## TWELFTH DEFENSE

Subject to what discovery may reveal, Plaintiff's Amended Complaint is barred by the applicable statute of limitations and/or repose.

## THIRTEENTH DEFENSE

Pending discovery, Defendant affirmatively pleads all other affirmative defenses available to it under United States and Kentucky common law and statutory provisions.

**WHEREFORE**, Defendants, CVS Pharmacy, Inc., CVS 6940 Ky, LLC. And Kentucky CVS Pharmacy, LLC, respectfully demand:

1.      Dismissal of the Amended Complaint against them, in its entirety with prejudice;

2.      Recovery of their costs and attorneys' fees incurred in defense of this action, if applicable;

3.      A trial by jury on all issues so triable; and,

4.      Any and all other relief to which they may appear entitled.

Respectfully submitted,

**REMINGER CO., L.P.A.**

/s/ Robert A. Ott
Robert A. Ott, Esq. #91927
730 West Main Street, Suite 300
Louisville, KY  40202
(502) 584-1310 - Telephone
(502) 589-5436 - Facsimile
rott@reminger.com
***Counsel for Defendant, CVS Pharmacy,
Inc., CVS 6940 Ky, LLC. And Kentucky
CVS Pharmacy, LLC[2]***

---

[2] CVS Pharmacy, Inc. or CVS 6940 Ky, LLC are not proper and/or necessary parties to this action.

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that a true and correct copy of the foregoing was filed electronically on March 29, 2022 and a notice of electronic filing will be sent to all counsel of record and a copy will be sent via U.S. Mail.

Christopher W. Goode
GOODE LAW OFFICE, PLLC
389 Elaine Drive
Lexington, KY  40504
Cgoode@goodelawyers.com
***Counsel for Plaintiff***

                                        /s/ Robert A. Ott
                                        Robert A. Ott, Esq.